**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Mark Kendrick,

    Plaintiff,

        v.                         Case No. 1:21-cv-00266

Warden Ronald T. Erdos, et al.,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"). (Doc. 69).

Proper notice has been given to Plaintiff under 28 U.S.C. § 636(b)(1)(C), including notice that he would waive further appeal if he failed to file objections to the R&R in a timely manner. (Doc. 69 PageID 748); *see United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the R&R have been filed, and the time to file any objections has now passed. *See* S.D. Ohio Civ. R. 7.2(a)(2).

In light of the foregoing, it is hereby **ORDERED** that the R&R (Doc. 69) is **ADOPTED in full**. Consistent with that R&R, it is **ORDERED** that, Plaintiff's request for an order to protect privileged mail, as set forth in his "Brief and motion request" (Doc. 63), is **DENIED**, and the Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal in forma pauperis.

    **IT IS SO ORDERED.**            /s Michael R. Barrett
                                                            Michael R. Barrett, Judge
                                                            United States District Court